UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-05230 |
| CASA DE CAMBIO MAJAPARA | ) | |
| S.A. DE C.V., | ) | Hon. Bruce W. Black |
| Debtor. | ) | |
| | ) | |

## FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND GRANTING OTHER RELIEF

THIS MATTER having been heard on the continued final hearing on the Motion of Casa de Cambio Majapara S.A. De C.V., the Debtor and Debtor in Possession herein ("**Debtor**"), for Authority to Use Cash Collateral, Provide Adequate Protection and For Other Relief (the "**Motion**"); due and adequate notice of the Motion having been served on all parties entitled thereto; the Court having jurisdiction over the parties and the subject matter of the Motion; and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1. The Debtor's authorization to use Cash Collateral pursuant to the terms of and the budgets submitted with the First and Second Interim Orders Authorizing Use of Cash Collateral, Providing Adequate Protection and Granting Other Relief (the "Second Interim Order") is hereby approved.

2. The hearing on the Motion is concluded.

{6591 ORD A0210944.DOC}

3. The entry of this Order is without prejudice to: (a) the objections raised on the record by Wachovia to the entry of this Order and the related Interim Orders; and (b) the right of the Debtor to seek further use of cash collateral under section 363 of the Bankruptcy Code upon a new application to the Court.

4. Unless it is determined that Wachovia does not have an interest in the Harris Funds beyond that of a general unsecured creditor of the Debtor, Wachovia and the Debtor shall work to replenish the funds taken from the Harris account on a consensual basis and each reserves the right to return to this Court in the event such a consensual resolution cannot be reached.

DATED: July 9, 2008

ENTERED:

_____
United States Bankruptcy Judge

Order prepared by:
Brian L. Shaw (6216834)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151

{6591 ORD A0210944.DOC}

2